**W. C. FATJO, INC., and Hartford Accident and Indemnity Company.**

No. 46915.

Oct. 9, 1963.

In re: Louis Johnson applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 154 So.2d 781.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.

■

156 So.2d 603

**PEL–STATE OIL COMPANY, Inc. and Georgia J. Gray Hasinger**

v.

**Robert E. WEIMER et al.**

No. 46916.

Oct. 9, 1963.

In re: Granite State Insurance Company applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Caddo. 155 So.2d 218.

Writ refused. There appears no error of law in the judgment complained of.

HAWTHORNE, J., thinks the writ should be granted. See dissent in Indiana Lumbermen's Mutual Ins. Co. v. Russell, 243 La. 189; 142 So.2d 391.